UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAWUD HALL

# 13 CV 2615

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

NEW YORK City
Police Officer Patrick Horkan
Police Officer Joseph Morovich
Police Officer Manuel Encarnacion

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    Parties in this complaint:

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    DAWUD HALL
ID #    3491210067 / N00741095H
Current Institution    15-15 HAZEN STREET C-73/3 Building (GMDC)
Address    EAST Elmhurst NEW YORK 11370

B.    List all defendants' names, positions, places of employment and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    NEW YORK City    Shield # _____
Where Currently Employed _____
Address _____

Rev. 05/2010    1

Defendant No. 2    Name PATRICK HORKAN    Shield # 24124
Where Currently Employed 25th PrecinCT
Address 120 EAST 119th STREET 10035
# 212·860·6511

Defendant No. 3    Name JOSEPH Morovich    Shield # 10263
Where Currently Employed 25th PrecinCT
Address 120 EAST 119th STreet 10035
# 212·860·6511

Defendant No. 4    Name MANUE ENCARNACION    Shield # 2281
Where Currently Employed 25th PRECiNCT
Address 120 EAST 119th STREET 10035
# 212·860·6511

Defendant No. 5    Name _____    Shield # _____
Where Currently Employed _____
Address _____

II.    **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.    In  what  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
Took place on THE corner of E130 STreet
and madison Ave NOT Institution

B.    Where  in  the  institution  did  the  events  giving  rise  to  your  claim(s)  occur?
N/a ↑

C.    What  date  and  approximate  time  did  the  events  giving  rise  to  your  claim(s)  occur?
ON JUNE 9, 2012 AT Approximatly 10:07
pm

D.    Facts:    SEE ATTACHED PAGE FOR FULL STATEMENT

| What happened to you? |
| Who did what? |
| Was anyone else involved? |
| Who else saw what happened? |

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I RECIEVED BROKEN RIB 3 WASN'T taken To the Hospital BELLVUE HospitAL UNTIL NExt DAy AfTER Incident Accured  SEE ATtached STAtEMENT FOR BEF BETTER UNDERSTANDING.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No ✓

IF YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **N/A**

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____  No **✓** , Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____  No **✓**  Do Not Know _____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____  No **✓**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____  No **✓**

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? **PERSONAL Claim / CCRB / and InterNA AFFAIRS See**

1.  Which claim(s) in this complaint did you grieve? **ATTACHED PAPERS**

_____

2.  What was the result, if any? **N/A** _____

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **N/A**

_____
_____
_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: **THIS SituatioN took PLACE DuriNG the time OF MY ARREST ON the CorNER of EAST 130 Street AND MadisoN AVE.**

2.  If you did not file a grievance but informed any officials of your claim, state who you informed.

when and how, and their response, if any: ___N/A_____

_____

_____

_____

_____

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. ___See All attached papers_____

_____ol Exhibits_____

_____

_____

_____

_____

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like THE Court to ONE GET Justice for me Because THE Police/City was WRONG Two I'm AskingFor 2.5 million For pain & Suffering with Broken Ribs, STRESS & MENTal Problem as I'm facing MENTal problem SinCE 1991 THis was 4 Add oN to my MENTal state and HEALTH. THis is NOT About the MONEY But Mainly & ~~stait~~ Strictly About My ConstitutionAl Rights BEing violated.

_____

_____

_____

_____

_____

_____

_____

VI.   Previous lawsuits:

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____   No ✓

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.  Court (if federal court, name the district; if state court, name the county) _____

_____

3.  Docket or Index number _____

4.  Name of Judge assigned to your case _____

5.  Approximate date of filing lawsuit _____

6.  Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

---

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

[On other claims]

Yes _✓_   No _____

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff  I HAVE A lawsuit Going Right Now dealing with

Defendants  ~~Conferditielately~~ Confidentiality which prisoners'

2.  Court (if federal court, name the district; if state court, name the county)
Legal Services of New York HAS pick up

3.  Docket or Index number  41 State Street, Suite M112

4.  Name of Judge assigned to your case  Albany New York 12207

5.  Approximate date of filing lawsuit  TEL: 518-438-8046 James Bosin

6.  Is the case still pending? Yes _____ No _____  Managing Attorney

If NO, give the approximate date of disposition _____

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of MARCH , 20**13**.

Signature of Plaintiff _~Danny Hall~_____

Inmate Number 3491210067 N:00741095H

Institution Address 15-15 HAZEN STREET GMDC

EAST Elmhurst NEW YORK

11370

_____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ___ day of MARCH , 20**13**, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff _~Danny Hall~_____

Rev. 05/2010

Exibit 2

Inv. Asencio
CCRB
40 Rector Street, 2nd Floor
NY, NY 10006
(212) 676-6016
CCRB#: 201207805

ORIGINAL COPY

On June 9, 2012 my constitutional rights as well as fourth amendment and eighth amendment was broken by police officer Patrick Horkan, police officer Joseph Morovich, and Manuel Encarnacion all officers of New York City.  Fourth Amendment is as followed searches and seizures of pretrial Detainees; Body searches; "I have the right to be free from  illegal body searches" Eighth amendment is as followed medical care; " I have the right to adequate medical care, also assault/failure to protect. " I also have the right to be free from assault."

On June 9, 2012 at approximately 10:07pm on the corner of 130th street and Madison avenue I was stopped by A blue and white New York City police car which was being driven by officer Joseph Morovich and officer Patrick Horkan was in the passenger seat. Officer Joseph Morovich exited the car and grabbed my shirt while officer Patrick Horkan came around the car and punched me in the face. Both officers proceeded in throwing me to the ground while I was on the ground officer Patrick Horkan started punching me repeatedly in my left side ribs. This was done about 15 times back to back while I screamed ooch what did I do over and over again but never was answered. While I was also on the ground someone kicked me in my upper thigh on the right side 4 times. I was them picked up off the ground and thrown in the back seat of the car and taken to the 25th precinct where I was choked by officer Manuel Encarnacion while being force to take A picture. While at the precinct I complained over and over about being in pain and was not taken to central bookings but told that an ambulance was coming to get me and take me to the hospital. No ambulance came for me I was left in pain and having problems breathing in the holding cell all night until the next while my complaining fell on deaf ears. On June 10, 2012 at approximately 10:00am I was driven to Bellevue Hospital In A Blue and white New York City  police car  arresting officer Manuel Encarnacion who I also reported to the night before that  I was in pain was one of the officers to take to the hospital on that morning of June 10, 2012. I was taken to 462 First Avenue New York  New York 10016  Bellevue Hospital Center. Upon arrival I was asked why I was In pain and what was hurting me I stated I was beaten up by the police and my ribs was hurting and I had problems Breathing X-Rays where taken and results where Broken/fractured ribs I was given pain medication and a prescription for more pain medication. I was then taken to the mental health side where I talked to mental health do to my mental state at the time. I was shaken up do to the police assaulting me.IN all My constitutional rights where violated.

DAWUD HALL

Exibit #3



Tel.: (718) 482 - 6770
(718) 482 - 6769
Fax: (718) 482 - 6793

INTERNAL AFFAIRS BUREAU
FIELD SERVICES DIVISION

Law Enforcement Investigation Unit – **Group 54**

Det. Parker _____ 'Log # _____

DENNIS

LOG # 12-33984

ExiBit  #4

NYC HHC Bellevue Hospital Center
462 First Avenue  New York, NY  10016
(212) 562-4141 Clinic: 000- Adult Emergency

Date:  Jun 10, 2012

NY Lic #:          DEA/Suffix:              NPI:

MR#: 3511000     Pt: Hall,Dawud          Age: 28Y

Sex: M Addr:   ,

DOB: 06/17/1983

Dx: _____

Rx  All prescriptions filled by the Bellevue Hospital Center Pharmacy will be
filled generically, when available.

**HYDROcodone-Acetaminophen 5-325mg Tab**

1 tab po                    Dr. David C. Lee
q4h prn process if pain     License: 258223
                            DEA: FL 223343

                            NPI: 1422274352

Qty: 20    (twenty)           Max Daily Dose _____

Signature x_____

Wu,Tina, MD 097477

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'DAW' IN BOX BELOW

Refills 0
     (zero)

04RW99 48

Dispense As Written





FOR THE PURPOSE OF

DATES

TIME

PLACE

NAMES

Exhibit #5

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

THE PEOPLE OF THE STATE OF NEW YORK

-against-

DAWUD HALL,

Defendant.

PEOPLE'S VOLUNTARY
DISCLOSURE FORM

Docket No.    2012NY045464

---

The People of the State of New York hereby voluntarily disclose to the defendant the following factual information pertaining to the above-captioned case:

## A.    BILL OF PARTICULARS

1.    OCCURRENCE

Date:              June 9, 2012
App. Time:         9:54 pm
Place:             on Park Avenue between 129th Street and 130th Street

2.    ARREST

Date:              June 9, 2012
App. Time:         10:07 pm
Place:             on the corner of 130th Street and Madison Avenue

## B.    NOTICES

1.    STATEMENTS

☒ If checked, notice is hereby served, pursuant to CPL §710.30(1)(a), that the People intend to offer at trial evidence of a statement made by defendant to a public servant. *(Where a statement has been video taped, counsel should contact the assigned Assistant District Attorney to arrange a mutually convenient time for viewing the tape or should provide a blank tape for copying.)*

Statement #:              1
Date:                     June 9, 2012
Approximate Time:         11 pm
Location:                 Inside the 25th Precinct
Individual Made To:       Police Officer Encarnacion

☐ If checked, discovery is hereby served pursuant to C.P.L. §240.20(1)(j) of the time, place and manner of notice given pursuant to Penal Law §156.00(6), which governs offenses for Unauthorized Use of a Computer (Penal Law §156.05) and Computer Trespass (Penal Law §156.10).

10.    POLICE OFFICERS INVOLVED

The following are some of the officers who were involved in the arrest or police investigation.

| Police Officers: | Shield | Command |
| --- | --- | --- |
| PO Manuel Encarnacion | 2281 | 25th Precinct |
| PO Paul Pastorini | 15761 | 25th Precinct |
| PO Shelby Barlett Jones | 25675 | 25th Precinct |
| PO Liam O'Hara | 20203 | 25th Precinct |
| PO Joseph Morovich | 10263 | 25th Precinct |
| PO Patrick Horkan | 24124 | 25th Precinct |
| Detective Joseph Sanator | 07283 | 25th Precinct |
| Detective Christopher Denning | 5267 | 25th Precinct |
| PO Aaron Thorn | 17386 | 32nd Precinct |
| PO Adlai Pinney | 27724 | 32nd Precinct |

11.    SEARCH WARRANTS

☐ If checked, a search warrant was executed during the investigation of this case.

D.    **DEMAND FOR NOTICE OF ALIBI**

Pursuant to CPL §250.20, the People hereby demand that defendant supply the District Attorney with (a) the place or places where the defendant claims to have been at the time of the commission of the crime(s) and (b) the names, residential addresses, places of employment and addresses thereof of every alibi witness upon whom defendant intends to rely to establish his presence elsewhere than at the scene of the crime at the time of its commission, and of every witness in support of such defense. Within a reasonable time after the receipt of the information specified above, the District Attorney will submit a list of any rebuttal witnesses, their addresses, and employers.

E.    **RECIPROCAL DISCOVERY**

Pursuant to CPL §240.30(1), the People hereby demand that defendant supply the District Attorney with (a) any written report or document, or portion thereof, concerning a physical or mental examination, or scientific test, experiment, or comparisons, made by or at the request or direction of the defendant, if the defendant

Exibit  # 6



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y.  10007-2341

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

**John C. Liu**
COMPTROLLER

015 - 151

Date:          08/06/2012
Claim No:   2012PI019999
RE:            Acknowledgment of Claim

DAWUD HALL 349-12-10067
125 WHITE ST
NEW YORK, NY 10013

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson

# THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
## 1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

John C. Liu
**COMPTROLLER**

015 - 188

Date: 08/07/2012
Claim no: 2012PI019999
Claimant: DAWUD HALL 349-12-10067
Date of occur: 06/09/2012

DAWUD HALL 349-12-10067
125 WHITE ST
NEW YORK, NY 10013

    The above claim is being reviewed. In order to properly evaluate this      claim, please complete the items which are marked and return the form immediately in the enclosed envelope.

(X) Claimant's social security # *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* ............................

(X) Claimant's date of birth *June 17, 1983* ..................................

(X) Copy of final disposition ...............................................

(X) Precinct of occurrence *25 TH* ..........................................

(X) Name and shield # of arresting officer *ENCARNACION, MANUEL #933766*

(X) Copy of arrest report, rap sheet and, if filed, CCRB report

(X) Related medical records, particularly emergency room & ambulance records.

(X) Medicaid and/or Medicare lien?.........................................

(X) Medicaid/CIN #.........................................................

(X) Any other information and or documents pertinent to your claim

If you have any questions, feel free to contact ANASTASIA PEREZ at (212) 669-2251.

Sincerely yours:

ANASTASIA PEREZ
EXAMINER - PERSONAL INJURY DIVISION
Bureau of Law & Adjustment - Room 1220

Exibit # 7



# THE CITY OF NEW YORK
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
Mayor

Thomas R. Frieden, M.D., M.P.H.
Commissioner

nyc.gov/health

### Division of Health Care Access & Improvement
### Bureau of Correctional Health Services
### Clinic Administration
### Medical Records Unit
### 233 Broadway, 26th Floor
### New York, NY 10279

## Request for Release of Medical Information

Please provide me with a copy of my Medical Record:

Name: _Hall_____ _Dawud_____
      Last                    First                    (Middle Initial)

AKA: ~~N 00741095H~~_____

Book & Case Number: _349·12·10067_____

NYSID Number: _·007410954H_____

Date of Birth: _6__ / _17_ / _1983_
              Month   Day    Year

Housing Facility: _5 NORTH # 23 cell Lower_____

SEND COPY TO (Check One)

☑ Me                    _____

☐ Other (Specify):      _____

                        _____

Patient Signature: _Dawud Hall_____

Date: _6__ / _25_ / _2012_
      Month   Day    Year

Revised 3/5/08

**Prison Health Services**
**Contracted by NYC Department of Health and Mental Hygiene**

✓

### CERTIFICATION

I, Petrina S. Mariner, the Director of Medical Records/Materials Management of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

Hall, David
Name of Patient

349-12-10067
Book and Case Number

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to makes such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

7-12-12
Date

Petrina S. Mariner
Director of Medical Records/MM

### DELEGATION OF AUTHORITY

I, Fazal M. Yussuff, Regional Director of Operations of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, Petrina Mariner, Director of Medical Records/Materials Management, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature above is a responsible employee in this program. I hereby authorize her to certify records of this program as accurate and complete records of this program, such records having been made on the regular course of business of this program, such records having been made on the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

Fazal M. Yussuff, MPA
Regional Director of Operations, PHS

Exibit # 8



**Health**

## Correctional Health Services

# HALL, DAWUD

NYSID: 00741095H  BookCase: 3491210067
Facility Code: MDC  Housing Area: 5N
29 Y old  Male, DOB: 06/17/1983
141 W 110 ST., 318, NY, NY-10467
Home: 777-777-7777

Insurance: Self Pay

Appointment Facility: Manhattan Detention Center

06/19/2012                                                Debra Josephson, PA

### Current Medications

Truvada 200-300 MG Tablet 1 tab Daily, stop
date 09/09/2012
Atazanavir Sulfate 300 MG Capsule 300 mg
Daily, stop date 09/09/2012
Ritonavir 100 mg Tablet 100 mg Daily, stop
date 09/09/2012
Albuterol Sulfate HFA 108 (90 Base)
MCG/ACT Aerosol Solution 2 puffs Stat /
then q 6h PRN, stop date 09/09/2012
Ibuprofen 400 MG Tablet 400 mg Stat / then
q 6h PRN, stop date 06/23/2012

### Past Medical History



### Allergies

N.K.D.A.

### Reason for Appointment

1. Rib pain

### History of Present Illness

Notes::
    Pt reports a rib xray at Bellevue on 6/10/12 – 212 562 4141 – MR
#3511000 DOB 6/17/1987 MD Wu, Tina.

### Vital Signs

| BP | | |
|---|---|---|
| 112/70 | 06/19/2012 09:29:37 AM | Debra Josephson |
| **Pulse** | | |
| 76 | 06/19/2012 09:29:37 AM | Debra Josephson |
| **RR** | | |
| 14 | 06/19/2012 09:29:37 AM | Debra Josephson |
| **Temp** | | |
| 98.1 | 06/19/2012 09:29:37 AM | Debra Josephson |

### Examination

General Examination:
    GENERAL APPEARANCE: no acute distress.
    HEENT: normocephalic, atraumatic.
    CHEST: rib tenderness, no gross rib deformity, no ecchymosis.
    MENTAL STATUS: alert , oriented to person, oriented to place,
oriented to time.

### Assessments

1. Trauma, traumatism - 959.9 (Primary), r/o rib fracture

### Treatment

**1. Trauma, traumatism**
Start Tylenol/Codeine #3 Tablet, 300-30 MG, 2 tab, Orally, Twice a
Day, 3days, Pharmacy, Refills 0
Diagnostic Imaging:Ribs Left Lower AP, Both Obliques (XRAY)

---

Patient: HALL, DAWUD   DOB: 06/17/1983   Progress Note: Debra Josephson, PA   06/19/2012
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Summary View for HALL, DAWUD

**NYC Health**
**Correctional Health Services**

# HALL, DAWUD

NYSID: 00741095H  BookCase: 3491210067
Facility Code: MDC  Housing Area: 5N
29 Y old Male, DOB: 06/17/1983
141 W 110 ST., 318, NY, NY-10467
Home: 777-777-7777

Insurance: Self Pay

**Appointment Facility: Manhattan Detention Center**

06/25/2012                                    Debra Josephson, PA

## Current Medications
Tylenol/Codeine #3 300-30 MG Tablet 2 tab
Twice a Day
Truvada 200-300 MG Tablet 1 tab Daily, stop
date 09/09/2012
Atazanavir Sulfate 300 MG Capsule 300 mg
Daily, stop date 09/09/2012
Ritonavir 100 mg Tablet 100 mg Daily, stop
date 09/09/2012
Albuterol Sulfate HFA 108 (90 Base)
MCG/ACT Aerosol Solution 2 puffs Stat /
then q 6h PRN, stop date 09/09/2012

## Past Medical History
Chickenpox


## Allergies
N.K.D.A.

## Reason for Appointment
1. Pain due to rib fracture
2. Request for medical records

## Vital Signs

| BP | | |
|---|---|---|
| 110/70 | 06/25/2012 11:19:58 AM | Debra Josephson |
| **Pulse** | | |
| 76 | 06/25/2012 11:19:58 AM | Debra Josephson |
| **RR** | | |
| 14 | 06/25/2012 11:19:58 AM | Debra Josephson |
| **Temp** | | |
| 97.9 | 06/25/2012 11:19:58 AM | Debra Josephson |

## Examination
General Examination:
     GENERAL APPEARANCE: no acute distress.
     HEENT: EYES:-, conjunctiva clear.
     HEART: RATE:-, regular, RHYTHM:-, regular, HEART SOUNDS:-
, normal S1S2.
     CHEST: tenderness on palpation of posterior mid to lower ribs, no
gross rib deformity, no ecchymosis
     LUNGS: clear to auscultation, no wheezes/rhonchi/rales.
     MENTAL STATUS: alert , oriented to person, oriented to place,
oriented to time.

## Assessments
1. Closed fracture of one rib - 807.01 (Primary)

## Treatment

**1. Closed fracture of one rib**
Start Ibuprofen Tablet, 400 MG, 400 mg, Orally, Three Times a Day, 5
days, Pharmacy, Refills 0
LEFT RIBS X-RAY CLINICAL HISTORY: Trauma. FINDINGS:

---

Patient: HALL, DAWUD   DOB: 06/17/1983   Progress Note: Debra Josephson, PA   06/25/2012
Note generated by eClinicalWorks EMR/PM Software (www.eclinicalworks.com)

Fracture of the left seventh posterior lateral rib. There is no
pneumothorax or pleural effusion. The heart size is within normal
limits. The lung fields are clear. No evidence of active tuberculosis
IMPRESSION: Fracture of the left seventh posterior lateral rib. Report
Electronically Signed by: Michael Shapiro Report Signed on:
06/25/2012 10:22 AM.

## 2. Others
Medical records form submitted to Admin. Assisstant.

## Follow Up
prn



**Electronically signed by Debra Josephson PA, PA on
06/25/2012 at 03:13 PM EDT**

**Sign off status: Completed**

Manhattan Detention Center
125 White Street
New York, NY 10013
Tel:
Fax:

Patient: HALL, DAWUD    DOB: 06/17/1983    Progress Note: Debra Josephson, PA    06/25/2012

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Exibit # 9

## PRINT ADDITIONAL COPY FOR NURSING ORDER

## MEDICATION ORDER

| | | | | |
|---|---|---|---|---|
| Name: HALL, DAWUD | BookCase: 349-12-10067 | NYSID: 00741095H | DOB: 06/17/1983 | Loc: MDC/RR |
| Drug: Tylenol/Codeine #3 | Strength: 300-30 MG | Sig: 2 tabs | Freq: Stat | Duration: 0 days |
| Form: Tablet | Route: Oral | Start: 06/11/2012 | Stop: 06/11/2012 | |

Diagnosis: Pain due to trauma, acute

Physician Comments:                                                Pharm:

Written by: Allen I. Walker (P.A.)                                 Nursing Profile by:

Approved by:                    A. I. Walker, RPA-C

Allergies: N.K.D.A.

*349 121 0067*

Order Status: NEW

Dispense: RN-DOT

Date and Time of Order: Walker, Allen
6/11/2012 7:53:23 PM

given @ 7PM

Kern Whyte

## PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 06/12/2012 @ 06:57 PM

### MEDICATION ORDER

Name: HALL, DAWUD

BookCase: 349-12-10067   NYSID: 00741095H   DOB: 06/17/1983   Loc: MDC/6S

Drug: Tylenol/Codeine #3

Strength: 300-30 MG   Sig: 2 tab   Freq: Twice a Day Duration: 4 days

Form: Tablet

Route Orally–1st dose stat   Start 06/12/2012   Stop: 06/16/2012

Diagnosis: FRACTURE NOS-CLOSED

Physician Comments:

Pharm:

Written by: Joseph Mccready, PA

Nursing Profile by:

Approved by:

Joseph McCready, RPA

Allergies: N.K.D.A.



*3491210067*

Order Status: NEW

Date and Time of
Dispense: PharmacyOrder: Mccready,Joseph 6/12/2012
6:55:51 PM

given @ 705 pm   Karen Whyte, LPN

---

Name: HALL, DAWUD

BookCase: 349-12-10067   NYSID: 00741095H   DOB: 06/17/1983   Loc: MDC/6S

Drug: Benadryl

Strength: 50 mg   Sig: 1 cap   Freq: At Bedtime Duration: 4 days

Form: Capsule

Route Orally–1st dose stat   Start 06/12/2012   Stop: 06/16/2012

Diagnosis: Rhinitis NOS

Physician Comments:

Pharm:

Written by: Joseph Mccready, PA

Nursing Profile by:

Approved by:

Joseph McCready, RPA

Allergies: N.K.D.A.



*3491210067*

Order Status: NEW

Date and Time of
Dispense: PharmacyOrder: Mccready,Joseph 6/12/2012
6:57:09 PM

given @ 705 pm   Karen Whyte, LPN

PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 06/12/2012 @ 10:16 AM

### MEDICATION ORDER

Name: HALL, DAWUD      BookCase: 349-12-10067      NYSID: 00741095H  DOB: 06/17/1983      Loc: MDC/6S

Drug: Tylenol/Codeine #3      Strength: 300-30 MG      Sig: 2 tabs      Freq: Stat      Duration: 0 days

Form: Tablet      Route: Orally      Start: 06/12/2012      Stop: 06/12/2012

Diagnosis: FRACTURE NOS-CLOSED

Physician Comments:      Pharm:

Written by: Cristian Pedestru, MD      Nursing Profile by:

Approved by:      Cristian Pedestru, MD

Allergies: N.K.D.A.



*3491210067*

Order Status: NEW      Dispense: RN-DOT      Date and Time of Order: Pedestru,Cristian 6/12/2012 10:16:11 AM

# PRINT ADDITIONAL COPY FOR NURSING ORDER

Printed 06/11/2012 @ 10:36 PM

## MEDICATION ORDER

Name: HALL, DAWUD        BookCase: 349-12-   NYSID: 00741095H   DOB: 06/17/1983   Loc: MDC/RR
                        10067

Drug: Acetaminophen-Codeine #3   Strength: 300-30   Sig: 2 tabs        Freq: Stat / then      Duration: 5 days
                                 MG                                    twice a day

Form: Tablet            Route: Orally      Start: 06/11/2012   Stop: 06/16/2012   ALREADY

Diagnosis: FRACTURE NOS-CLOSED                                                    given

Physician Comments:                                           Pharm:

Written by: Eugenio Mateo, MD                                 Nursing Profile by: 6/12/12

Approved by:                                                       @ 12:53 Am

Allergies: N.K.D.A.                                      AS PER   Irene Davis, LPN


*3491210067*

Order              Dispense: Pharmacy   Date and Time of
Status: NEW        Non Carry           Order: Mateo,Eugenio 6/11/2012
                                       10:30:21 PM

---

Name: HALL, DAWUD        BookCase: 349-12-   NYSID: 00741095H   DOB: 06/17/1983   Loc: MDC/RR
                        10067

Drug: Ibuprofen         Strength: 400 MG   Sig: 400 mg       Freq: Stat / then q   Duration: 5 days
                                                             6h PRN

Form: Tablet            Route: Orally      Start: 06/11/2012   Stop: 06/16/2012   given

Diagnosis: FRACTURE NOS-CLOSED                                                    6/12/12

Physician Comments:                                           Pharm:

Written by: Eugenio Mateo, MD                                 Nursing Profile by:   @ 12:53 Am

Approved by:

Allergies: N.K.D.A.                                      Irene Davis, LPN


*3491210067*

Order              Dispense: Pharmacy   Date and Time of
Status: NEW                            Order: Mateo,Eugenio 6/11/2012
                                       10:30:21 PM